(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Suburban Dodge of Berwyn, Inc. d/b/a Suburban Dodge-Isuzu-Suzuki | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>36-3707889 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>7050 West Ogden Avenue<br>Berwyn, IL 60402 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Cook | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ■ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 11/18/2004
Time: 14:30:54
Debtor: DODGE-ISUZU-SUZUKI
Case: 04-42931    Fee : 839
Chapter: 11   Rec. # : 3111920
Judge: Eugene Wedoff

1:04BK42931-BK001

**FORM B1, Page 2**

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): Suburban Dodge of Berwyn, Inc. d/b/a Suburban Dodge-Isuzu-Suzuki

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

X _____
Signature of Attorney for Debtor(s)
Michael L. Gesas
Printed Name of Attorney for Debtor(s)
Gesas, Pilati, Gesas and Golin, Ltd.
Firm Name
53 West Jackson Boulevard
Suite 528
Chicago, IL 60604
Address
312-726-3100  Fax: 312-939-1742
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Donald E. Jeffers
Printed Name of Authorized Individual
President
Title of Authorized Individual
11-18-04
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## United States Bankruptcy Court
### Northern District of Illinois

In re   Suburban Dodge of Berwyn, Inc. d/b/a Suburban Dodge-Isuzu-Suzuki

Debtor

Case No. _____

Chapter _____11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ADP Dealer Services<br>P.O. Box 88921<br>Chicago, IL 60695 | ADP Dealer Services<br>P.O. Box 88921<br>Chicago, IL 60695 | | | 5,656.68 |
| Areadia Financial<br>P.O. Box 8021<br>South Hackensac, NJ 07606 | Areadia Financial<br>P.O. Box 8021<br>South Hackensac, NJ 07606 | Lien payoff | | 7,892.32 |
| Baltimore Life<br>9699 Tierra Grande<br>San Diego, CA 92126 | Baltimore Life<br>9699 Tierra Grande<br>San Diego, CA 92126 | Credit Life | | 5,909.13 |
| GMAC<br>P.O. Box 9001952<br>Louisville, KY 40290 | GMAC<br>P.O. Box 9001952<br>Louisville, KY 40290 | Lien payoff | | 15,119.67 |
| GMAC<br>15303 94th Avenue<br>Orland Park, IL 60462 | GMAC<br>15303 94th Avenue<br>Orland Park, IL 60462 | | | 20,919.50 |

In re   Suburban Dodge of Berwyn, Inc. d/b/a Suburban Dodge-Isuzu-Suzuki         Case No. _____
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Gabriel Environmental<br>1421 N. Elston Avenue<br>Chicago, IL 60622 | Gabriel Environmental<br>1421 N. Elston Avenue<br>Chicago, IL 60622 | | | 26,036.50 |
| Harris Bank<br>3800 Golf Road, #300<br>Rolling Meadows, IL 60008 | Harris Bank<br>3800 Golf Road, #300<br>Rolling Meadows, IL 60008 | | | 13,466.45 |
| Harris Bank Barrington NA<br>201 South Grove Avenue<br>Barrington, IL 60010 | Harris Bank Barrington NA<br>201 South Grove Avenue<br>Barrington, IL 60010 | | | 5,592.01 |
| James J. Roche & Associates<br>Attorneys at Law<br>642 North Dearborn<br>Chicago, IL 60610 | James J. Roche & Associates<br>Attorneys at Law<br>642 North Dearborn<br>Chicago, IL 60610 | | | 50,000.00 |
| Liberty Mutual Insurance Group<br>75 Remittance Drive<br>Suite 1837<br>Chicago, IL 60675-1837 | Liberty Mutual Insurance Group<br>75 Remittance Drive<br>Suite 1837<br>Chicago, IL 60675-1837 | | | 32,095.00 |
| Lyndon Properties & The Plan<br>&Prizm<br>1099 18th Street<br>Denver, CO 80202-1940 | Lyndon Properties & The Plan<br>&Prizm<br>1099 18th Street<br>Denver, CO 80202-1940 | Extended Warranties | | 11,817.00 |

In re   Suburban Dodge of Berwyn, Inc. d/b/a Suburban Dodge-Isuzu-Suzuki                                Case No. _____
                                                    Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MC2 Customs Alloy, Inc.<br>P.O. Box 72971<br>Los Angeles, CA 90084 | MC2 Customs Alloy, Inc.<br>P.O. Box 72971<br>Los Angeles, CA 90084 | | | 5,785.00 |
| Man Marketing, Inc.<br>765 Kimberly Drive<br>Carol Stream, IL 60188 | Man Marketing, Inc.<br>765 Kimberly Drive<br>Carol Stream, IL 60188 | | | 227,563.79 |
| McHenry Insurance Services<br>904 S. Rt. 31<br>Mchenry, IL 60051 | McHenry Insurance Services<br>904 S. Rt. 31<br>Mchenry, IL 60051 | | | 23,913.00 |
| National Credit Center, Inc.<br>2605 Camino Del Rio South<br>#400<br>San Diego, CA 92108 | National Credit Center, Inc.<br>2605 Camino Del Rio South<br>#400<br>San Diego, CA 92108 | | | 26,893.76 |
| Sosin, Lawler, & Arnold, LLC<br>11800 S. 75th Avenue<br>Suite 300<br>Palos Heights, IL 60463 | Sosin, Lawler, & Arnold, LLC<br>11800 S. 75th Avenue<br>Suite 300<br>Palos Heights, IL 60463 | | | 36,047.64 |
| Suburban Auto<br>3143 S. Austin Blvd.<br>Cicero, IL 60804 | Suburban Auto<br>3143 S. Austin Blvd.<br>Cicero, IL 60804 | | | 7,106.25 |

In re   Suburban Dodge of Berwyn, Inc. d/b/a Suburban Dodge-Isuzu-Suzuki   Case No. _____
                                            Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Traid Financial<br>5201 Fufe Snow<br>North Richland Hills, TX 76180 | Traid Financial<br>5201 Fufe Snow<br>North Richland Hills, TX 76180 | | | 21,196.87 |
| United Auto<br>1055 W. 175th<br>Homewood, IL 60430 | United Auto<br>1055 W. 175th<br>Homewood, IL 60430 | Lien payoff | | 5,180.00 |
| Weis & Dubrock<br>One North LaSalle Street<br>Suite 1300<br>Chicago, IL 60602 | Weis & Dubrock<br>One North LaSalle Street<br>Suite 1300<br>Chicago, IL 60602 | | | 19,000.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date____11/18/04____                    Signature_____
                                                Donald E. Jeffers
                                                President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

A M Parts Service Inc.
8623 W. Ogden Avenue
Lyons, IL 60534

AAU Inc.
DBA New Cats Auto Parts
7370 S. Chicago Avenue
Chicago, IL 60619

ABC Automotive Electronics
7150 W. Cermak Road
Berwyn, IL 60402

Accurate Brake & Clutch Exchange
449 Madison Street
Oak Park, IL 60302

ADP Commercial Leasing
P.O. Box 34656
Newark, NJ 07189

ADP Dealer Services
P.O. Box 88921
Chicago, IL 60695

ADP Dealer Services
P.O. Box 88921
Chicago, IL 60695-1921

Allied Door
P.O. Box 817
Lombard, IL 60148

American Express Business Finance
P.O. Box 203901
Houston, TX 77216-3901

Americredit Financial Services
P.O. Box 99605
Arlington, TX 76096

Anderson Bros Ford
6539 W. Ogden Avenue
Berwyn, IL 60402

Areadia Financial
P.O. Box 8021
South Hackensac, NJ 07606


Art's RV
21 W. 700 North Ave.
Glen Ellyn, IL 60137


Associate Area Counsel, SB/SE,
Internal Revenue Service
200 W. Adams St., Suite 2300
Chicago, IL 60606-5208


AT&T
P.O. Box 9001309
Louisville, KY 40290


Auto Glass Masters/Trim Inc.
4520 N. Elston Avenue
Chicago, IL 60630


B&R Towing
P.O. Box 945
Midlothian, IL 60445


Baltimore Life
9699 Tierra Grande
San Diego, CA 92126


Balzekas Motor Sales
4030 S. Archer
Chicago, IL 60632


Bayview Bank
P.O. Box 25107
Santa Ana, CA 92799


BBH Financial Service Co.
33990 Treasury Center
Chicago, IL 60694


BBH Financial Service Co.
33990 Treasury Center
Chicago, IL 60694-3900

Berwyn Ace Hardware
6316-18 Ogden Avenue
Berwyn, IL 60402


Berwyn Development Corp.
3322 S. Oak Park Avenue
Berwyn, IL 60402


Bill Stillwell Buick-Isuzu, Inc.
1866 Ogden Avenue
Downers Grove, IL 60515


Bob Brady Auto Mall
4025 E. Boyd Road
Decatur, IL 62521


Brite-O-Matic Manufacturing
527 W. Algonquin Road
Arlington Heights, IL 60005


C & J Office Machines
P.O. Box 766
Lockport, IL 60441


Carfax
P.O. Box 580464
Charlotte, NC 28258


Carnica
1575 Oakton Street
Des Plaines, IL 60018


Cars And Stripes
1960 Essington Road
Joliet, IL 60431


Cassidy Tire
7000 W. Ogden
Berwyn, IL 60402


Chase Auto Finance
P.O. Box 5236
New Hyde Park, NY 11042

Chase Automotive Finance
900 Stewart Avenue
Garden City, NY 11530


Chicago Office Products
9710 Industrial Road
Hammond, IN 46320


Chrysler Financial
P.O. Box 5220
Lisle, IL 60532


Chrysler Financial
P.O. Box 55000
Detroit, MI 48255-2494


Citizens Bank
328 S. Saginaw Street
Flint, MI 48502


Citizens Bank
RJS 100
480 Jefferson Blvd.
Warwick, RI 02886


Classic Soft Trim
P.O. Box 844659
Dallas, TX 75284


Continental Jeep
5800 S. LaGrange Road
La Grange, IL 60525


Crosave
5240 Thatcher Road
Downers Grove, IL 60515


Crystal Clean
15330 Canal Bank Road
Lemont, IL 60439


Currie Motors
8401 West Roosevelt Road
Forest Park, IL 60130

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55-Ben Franklin Station
Washington, DC 20044


Daimler Chrysler Services
P.O. Box 9218
Farmington, MI 48333-9218


Dealer Track
P.O. Box 6129
New York, NY 10249


Dentech
902 State Street
Lemont, IL 60439


Dents Away
504A E. Ogden Avenue, #254
Westmont, IL 60559


Driveshaft Unlimited, Inc.
4323 Joliet Road
Lyons, IL 60534


Elmhurst Dodge
750 York Road
Elmhurst, IL 60126


Enterprise-Rent-A-car
7518 West 98th Place
Bridgeview, IL 60455


Fedex Freight
4103 Collection Center Drive
Chicago, IL 60693


Fifth Third Bank
1000 E. 80th Place, North Tower
Merrillville, IN 46410


Frank's West Side Auto Parts
3001-03 S. Kedzie
Chicago, IL 60623

Future Environmental
1901 S. 97th Ave.
Mokena, IL 60448

Gabriel Environmental
1421 N. Elston Avenue
Chicago, IL 60622

Gafco
205 W. Wacker Drive
Suite 322
Chicago, IL 60606

Gap (Oak Agency)
340 W. Butterfield Road
Elmhurst, IL 60126

Glass Lass
P.O. Box 802522
Chicago, IL 60680

GMAC
15303 94th Avenue
Orland Park, IL 60462

GMAC
P.O. Box 9001952
Louisville, KY 40290

Great West Electrical Supply
6227 West 26th Street
Berwyn, IL 60402

Harris Bank
3800 Golf Road, #300
Rolling Meadows, IL 60008

Harris Bank Barrington NA
201 South Grove Avenue
Barrington, IL 60010

Hinsdale Bank and Trust
25 East First Street
Hinsdale, IL 60521

Ice Mountain Spring Water
P.O. Box 52214
Phoenix, AZ 85072


Illinois Department of Revenue
Attn: Bankruptcy Section
100 West Randolph-Room 7-425
Chicago, IL 60601


Internal Revenue Service
Mail Stop 5010 CHI
Chicago, IL 60604


Interstate Battery
8500 W. 191st Street, Suite 9
Mokena, IL 60448


J & R Automotive
889 N. Larch
Elmhurst, IL 60126


J&B Welding
5305 W. Ogden Avenue
Cicero, IL 60804


James J. Roche & Associates
Attorneys at Law
642 North Dearborn
Chicago, IL 60610


Jeffers Properties, LLC
7050 W. Ogden Avenue
Berwyn, IL 60402


Jeffers, Donald E.
10534 S. Seeley Avenue
Chicago, IL 60643


Key Bank USA
601 Oakmont Lane, Suite 110
Westmont, IL 60559-5534


Kramer's Towing
3214 S. 61st Avenue
Cicero, IL 60804

Larry Roesch Chevrolet
303 W. Grand Avenue
Bensenville, IL 60126


Liberty Mutual Insurance Group
75 Remittance Drive
Suite 1837
Chicago, IL 60675-1837


Lyndon Properties & The Plan &Prizm
1099 18th Street
Denver, CO 80202-1940


M & M Advertising
2590 E. Devon Avenue
Suite 206
Des Plaines, IL 60018


M&D Auto Dealer Supply Inc.
6320 W. 101st Avenue
Crown Point, IN 46307


Man Marketing, Inc.
765 Kimberly Drive
Carol Stream, IL 60188


MC2 Customs Alloy, Inc.
P.O. Box 72971
Los Angeles, CA 90084


McHenry Insurance Services
904 S. Rt. 31
Mchenry, IL 60051


Mercedes-Benz Credit
P.O. Box 9001921
Louisville, KY 40290-1921


Metro Towing Service
3103 S. Ridgeland Avenue
Berwyn, IL 60402


Midwest Fuel Injection
15622 S. 70th Ct.
Orland Park, IL 60462

Motive Parts Company of America
330 Washington Avenue
La Grange, IL 60525

National Credit Center, Inc.
2605 Camino Del Rio South
#400
San Diego, CA 92108

Nationwide Cassel
3435 N. Cicero
Chicago, IL 60641

Northwest Insurance Network, Inc.
330 S. Wells Street
Chicago, IL 60606

On-Line Administrators
P.O. Box 4539
Chatsworth, CA 91311

Orlando Auto Top Inc.
641 N. Ashland Avenue
Chicago, IL 60622

Park Pizza
7911 W. Roosevelt Road
Forest Park, IL 60130

PBCC
P.O. Box 856460
Louisville, KY 40285-6460

Pepe's Locksmith & Hardware
4329 West 26th Street
Chicago, IL 60623

Perfection Auto
811 Garfield
Oak Park, IL 60304

Phelan Chevrolet
4000 S. Harlem
Lyons, IL 60534

Premier Jeep
6940 W. Grand Avenue
Chicago, IL 60707


Primus Financial Services
P.O. Box 680020
Franklin, TN 37068-0020


Rags to Riches
6840 Ogden Avenue
Berwyn, IL 60402


Reyna Capital Corp.
P.O. Box 691003
Cincinnati, OH 45269-1003


Reyna Financial Corp.
P.O. Box 691003
Cincinnati, OH 45269


Reynolds & Reynolds
P.O. Box 77061
Detroit, MI 48277


Roadrunners Driveaway
1850 N. Elston Ave.
Chicago, IL 60622


Roscoe
P.O. Box 4804
Chicago, IL 60680


S&S Automotive Inc.
740 N. Larch Avenue
Elmhurst, IL 60126


SBC
60663 SBC Drive
Chicago, IL 60663


Schwaab Inc.
P.O. Box 3128
Milwaukee, WI 53201

Sosin, Lawler, & Arnold, LLC
11800 S. 75th Avenue
Suite 300
Palos Heights, IL 60463


Sound Design
1419 S. Harlem
Berwyn, IL 60402


Suburban Auto
3143 S. Austin Blvd.
Cicero, IL 60804


Suburban Wheel Cover
1420 Landmeier Road
Elk Grove Village, IL 60007


Superior Sound
740 North Larch Avenue
Elmhurst, IL 60126


Target Auto Parts
6239 W. Ogden Avenue
Berwyn, IL 60402


Towing Express
11340 72nd Street
Burr Ridge, IL 60525


Traid Financial
5201 Fufe Snow
North Richland Hills, TX 76180


Trane Financial Services
75 Remittance Drive
Chicago, IL 60675


Trane Financial Services
75 Remittance Drive
Suite 1254
Chicago, IL 60675-1254


Tri-State Auto Auction
14001 S. Karlov
Crestwood, IL 60445

U.S. Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


U.S. Bank Dealer Reserves
P.O. Box 2188
Oshkosh, WI 54903-2188


Union Acceptance Corp.
P.O. Box 1824
Indianapolis, IN 46206-1824


United Auto
1055 W. 175th
Homewood, IL 60430


United States Attorney
219 South Dearborn Street
Chicago, IL 60604


Vinetech
1108 East Newport Center Drive
Deerfield Beach, FL 33442


Waste Management of Illinois
P.O. 9001054
Louisville, KY 40290


Weis & Dubrock
One North LaSalle Street
Suite 1300
Chicago, IL 60602


Wells Fargo Financial Leasing Inc.
P.O. Box 98789
Las Vegas, NV 89193


Wells Fargo Financial Leasing, Inc.
P.O. Box 98789
Las Vegas, NV 89193-8789


West Side Auto & Truck Radiator
5315 Ogden Avenue
Cicero, IL 60804

West Suburban Auto Group
415 W. Roosevelt Road
Maywood, IL 60153


West Suburban Bank
8001 Cass Avenue
Darien, IL 60561


WN Auto Diagnostic Center
6440 W. Ogden Avenue
Berwyn, IL 60402


Worldwide Express
P.O. Box 5020
Woodridge, IL 60517


Your Body's Mine
6660 W. 95th Street
Chicago Ridge, IL 60415

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  Suburban Dodge of Berwyn, Inc. d/b/a Suburban Dodge-Isuzu-Suzuki      Case No. _____
                                       Debtor(s)                              Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  11-18-04                           _____
                                          Donald E. Jeffers/President
                                          Signer/Title