# EXHIBIT - D

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

SUBURBAN DODGE
ATTN: DONALD E. JEFFERS
10534 SOUTH SEELEY AVENUE
CHICAGO IL  60643

September 26, 2008

Invoice:  797359

Page 1

MLG

**Our Matter #   33980-0004**           **EXPENSES**

FOR PROFESSIONAL SERVICES RENDERED THROUGH September 14, 2008

### REIMBURSABLE COSTS

| | |
|---|---:|
| DYNAMEX OPERATIONS EAST: COURIER SERVICE | 12.83 |
| PETTYCASH: CAB FARE TO CIENT - SUBURBAN DODGE | 7.00 |
| PETTYCASH: CAB FARE FROM A&L TO COURT AND BACK - MLG - SUBURBAN DODGE/BANKRUPTCY | 14.00 |
| PHOTOCOPY CHARGES | 129.30 |
| SPECIAL POSTAGE/PRIORITY MAIL/EXPRESS MAIL CHARGES | 200.05 |
| Total Reimbursable Costs ......................................... | 363.18 |

### TOTALS FOR THIS MATTER

| | |
|---|---:|
| Fees For Professional Services ....................................................... | 0.00 |
| Reimbursable Costs .......................................................................... | 363.18 |
| NET CURRENT BILLING FOR THIS MATTER ............................................ | $363.18 |
| **TOTAL DUE FOR THIS MATTER ..............................................................** | **$363.18** |

EIN: 36-2041272