# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUBURBAN DODGE OF BERWYN, INC., | ) | Case No. 04 B 42931 |
| d/b/a Suburban Dodge-Isuzu-Suzuki, an | ) | |
| Illinois corporation, | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Date: October 15, 2008 |
| | ) | Time: 10:00 a.m. |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on October 15, 2008 at 10:00 a.m. or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge Eugene R. Wedoff, or any other judge sitting in his stead, in Courtroom 744 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **APPLICATION OF SOSIN & ARNOLD, LTD. FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT FOR EXPENSES PREVIOUSLY ALLOWED ON AN INTERIM BASIS AND FOR PAYMENT OF BALANCE DUE**, at which time and place you may appear as you see fit.

Dated: October 4, 2008

SUBURBAN DODGE OF BERWYN, INC.
d/b/a Suburban Dodge-Isuzu-Suzuki, an Illinois corporation

By: ___/s/ David A. Golin___
One of its attorneys

Michael L. Gesas (06186924)
David A. Golin (06180517)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Telephone: (312) 876-7100
Facsimile: (312) 876-0288

## CERTIFICATE OF SERVICE

I, David A. Golin, an attorney, certify that I caused a copy of the foregoing notice and the document referenced therein to be served on the parties listed on the attached service list by deposit in the United States Mail, postage prepaid, or through the Court's ECF system, as indicated on the attached Service List, on October 4, 2008.

_/s/ David A. Golin_

## SERVICE LIST
*In re Suburban Dodge of Berwyn, Inc. d/b/a Suburban Dodge-Isuzu-Suzuki, Debtor*
No. 04 B 42931

Stephen G. Wolfe*
Office of the United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604

Mark V. Bossi**
Brian Hockett
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101

David J. Frankel*
Sorman & Frankel, Ltd.
203 North LaSalle Street, Suite 2350
Chicago, IL 60601

Anthony A. Cavallo**
Henderson & Lyman
175 West Jackson Boulevard, Suite 240
Chicago, IL 60604

Barbara L. Yong*
Caren A. Lederer
Field & Golan LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602-4206

Jay Selanders**
Daniels & Kaplan, P.C.
2405 Grand Boulevard, Suite 900
Kansas City, MO 64108-2519

R. Scott Alsterda*
Alex Pirogovsky
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Brad A. Berish**
Adelman & Gettleman Ltd.
53 West Jackson Boulevard, Suite 1050
Chicago, IL 60604

Becket & Lee, LLP**
P.O. Box 3001
Malvern, PA 19355-0701

Kenneth B. Drost, P.C.**
111 Lions Drive, Suite 206
Barrington, IL 60010

Michael T. Trebo**
Cook County Department of Revenue
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602

James J. Roche & Associates**
Attorneys at Law
642 North Dearborn
Chicago, IL 60610

David B. Sosin**
Sosin, Lawler, & Arnold, LLC
11800 S. 75th Avenue, Suite 300
Palos Heights, IL 60463

District Counsel for
  Internal Revenue Service**
200 W. Adams St., Suite 2300
Chicago, IL 60606

Francis X. Buckley, Jr.**
Thompson Coburn Fagel Haber LLP
55 E. Monroe Street, 40th Floor
Chicago, IL 60603

Martin J. Oberman**
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603

LePetomane XXII, Inc.**
Jay A. Steinberg
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601




\*  Served by ECF
\*\* Served by first class mail

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| SUBURBAN DODGE OF BERWYN, INC. D/B/A SUBURBAN DODGE-ISUZU-SUZUKI, AN ILLINOIS CORPORATION, | Case No. 04 B 42931 |
| | Hon. Eugene R. Wedoff |
| | Date: October 15, 2008 |
| Debtor. | Time: 10:00 a.m. |

**APPLICATION OF SOSIN & ARNOLD, LTD. FOR FINAL ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT FOR EXPENSES PREVIOUSLY
ALLOWED ON INTERIM BASIS AND FOR PAYMENT OF BALANCE DUE**

Sosin & Arnold, Ltd., formerly known as Sosin Lawler & Arnold, Ltd. ("SLA"), special corporate counsel for Suburban Dodge of Berwyn, Inc. d/b/a Suburban Dodge-Isuzu-Suzuki, an Illinois corporation, debtor and former debtor in possession ("Debtor"), pursuant to 11 U.S.C. §§ 330 and 503(b)(2), applies to this Court for the entry of an order: (a) allowing as final the amounts previously allowed to SLA on an interim basis of $54,100 as compensation for legal services rendered to Debtor during the period November 18, 2004 through June 30, 2005, and $871.56 for reimbursement of expenses incurred in connection with such services, and (b) authorizing Debtor to pay the unpaid balance of $15,747.70 (the "Final Application"). In support thereof, SLA respectfully states as follows:

1. On November 18, 2004, Debtor filed a voluntary petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code").

2. On December 21, 2004, this Court entered an order authorizing Debtor to employ SLA as special corporate counsel, effective as of the petition date.

3. On August 4, 2005, SLA filed an Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Sosin Lawler & Arnold, Ltd. for the period November 18, 2004 through June 30, 2005 (the "Interim Application").

4. On August 25, 2005, after review of the Interim Application, the Court entered an order allowing interim compensation in the amount of $54,100 to SLA and reimbursement of expenses of $871.56. A copy of the Order is attached hereto as Exhibit A. The order also authorized a partial payment to SLA of the allowances.

5. Shortly thereafter, SLA received the partial payment in the amount of $39,223.77.

6. The balance due SLA for the allowances of the Court's order of August 25, 2005 is $15,747.79.

7. SLA does not seek allowance of any further amounts.

8. A 20-day notice of hearing on this Final Application has been served on the Debtor, the United States Trustee and all creditors.

WHEREFORE, Sosin & Arnold, Ltd., formerly known as Sosin Lawler & Arnold, Ltd., requests the entry of an order:

A. Allowing Sosin Lawler & Arnold, Ltd. final compensation in the amount of $54,100 and reimbursement of expenses of $871.56, which amounts were previously allowed on an interim basis; and

B. Authorizing the Debtor to pay the unpaid balance of $15,747.79 to Sosin & Arnold, Ltd.

SOSIN & ARNOLD, LTD.

By: _____
David B. Sosin

David B. Sosin (2677857)
Sosin & Arnold, Ltd.
11800 S. 75th Ave., Suite 300
Palos Heights, IL 60463
(708) 448-8141
8212304.2