# EXHIBIT 10

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois 60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

October 23, 2008

Billed Through   October 23, 2008

Arnstein & Lehr, LLC
120 S Riverside, Suite 1200
Chicago IL 60606
Attn: Lola Nesteruk

Invoice No.:   22305
Client File No.: 3236.055

*Please include your Client File No. on your remittance.*

In Reference to:  **Woodward & Associates, Inc.**

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/18/2006 | PC | Prepare and file electronically adversary complaint; execute service of summons regarding same. | 0.20 | 27.00 |
| 11/20/2006 | KDF | Prepare form for Deferral of Adversary Filing Fee and electronic filing of the form. | 0.20 | 27.00 |
|  | PC | Prepare Summons & Certificate of Service to be filed electronically up defendant's business address as summons service executed. | 0.10 | 13.50 |
| 11/21/2006 | KDF | Prepare and file Summons Service Executed on business address. | 0.10 | 13.50 |
| 11/27/2006 | PC | Prepare Summons & Certificate of Service to be filed electronically up defendant's registered agent as summons service executed. | 0.10 | 13.50 |
| 11/28/2006 | PC | Electronic file of Summons & Certificate of Service upon defendant's registered agent as summons service executed. | 0.10 | 13.50 |

Arnstein & Lehr, LLC
Invoice No.:22305                                                                                  3236.055
October 23, 2008                                                                                  Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/5/2006 JMM | Telephone conference with Philip Wegeng, attorney for Defendant, regarding request for production of checks and extension of deadline to file answer. | | 0.20 | 48.00 |
| 12/12/2006 PC | Review cancelled checks within preference period; provide scanned copies at defendant's request via email. | | 0.30 | 40.50 |
| 12/18/2006 JMM | Telephone conference with Phil Wegeng, counsel for Defendant, regarding checks for analysis. | | 0.20 | 48.00 |
| 2/21/2007 JMM | Analysis of Defendant's affirmative defenses. | | 1.20 | 288.00 |
| 2/26/2007 JMM | Review of Defendant's materials submitted in support of affirmative defenses. | | 1.40 | 336.00 |
| 3/21/2007 JMM | Review Defendant's affirmative defenses. | | 1.20 | 288.00 |
| 4/16/2007 JMM | Review Defendant's affirmative defenses. | | 1.30 | 312.00 |
| 5/16/2007 JMM | Review Defendant's affirmative defenses. | | 1.30 | 312.00 |
| 6/18/2007 JMM | Review Defendant's affirmative defenses. | | 1.40 | 336.00 |
| 6/21/2007 JMM | Review of Defendant's affirmative defenses. | | 1.20 | 288.00 |
| 6/25/2007 JMM | Review Defendant's affirmative defenses. | | 1.20 | 288.00 |
| 7/2/2007 JMM | Review of Defendant's affirmative defenses. | | 1.40 | 336.00 |
| 7/12/2007 JMM | Review Defendant's affirmative defenses. | | 1.40 | 336.00 |
| 7/30/2007 JMM | Review Defendant's affirmative defenses. | | 1.20 | 288.00 |
| 8/14/2007 JMM | Review Defendant's affirmative defenses. | | 1.20 | 288.00 |
| 8/15/2007 JMM | Analysis of Defendant's affirmative defenses. | | 1.20 | 288.00 |
| 9/12/2007 JMM | Review of Defendant's affirmative defenses. | | 1.30 | 312.00 |

Arnstein & Lehr, LLC  
Invoice No.:22305  
October 23, 2008

3236.055

Page 3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/16/2007 | JMM | Review Defendant's affirmative defenses. | 1.20 | 288.00 |
|  | JMM | Telephone conference with Phil Wegeng of Defendant regarding insufficiency of affirmative defenses and explanation of codified affirmative defenses. | 0.30 | 72.00 |
| 10/17/2007 | JMM | Review Defendant's affirmative defenses. | 1.30 | 312.00 |
| 10/24/2007 | JMM | Analysis of Defendant's updated affirmative defenses. | 1.30 | 312.00 |
| 11/1/2007 | JMM | Telephone conference with Phil Wegang of Defendant regarding affirmative defenses and requirements for analysis. | 0.40 | 96.00 |
| 11/16/2007 | JMM | Review of Defendant's affirmative defenses. | 1.30 | 312.00 |
| 12/3/2007 | AJS | Prepare trial court order | 0.40 | 54.00 |
| 12/5/2007 | KDF | Prepare Pre-Trial Order. | 0.20 | 27.00 |
| 12/13/2007 | JMM | Review Defendant's affirmative defenses. | 1.30 | 312.00 |
| 1/10/2008 | JMM | Review Defendant's ordinary course defense analysis. | 1.20 | 288.00 |
| 1/15/2008 | JMM | Review of Defendant's ordinary course defense analysis. | 0.70 | 168.00 |
| 1/22/2008 | JMM | Telephone conference with Eitan Weltman, attorney for Defendant, to negotiate settlement. | 0.30 | 72.00 |
| 1/28/2008 | JMM | Review Defendant's affirmative defenses. | 1.30 | 312.00 |
| 2/1/2008 | JMM | Analysis of Defendant's updated affirmative defenses. | 1.30 | 312.00 |
| 2/4/2008 | JMM | Telephone conference with Eitan Weltman, attorney for Defendant, to negotiate settlement. | 0.40 | 96.00 |
|  | JMM | Telephone conference with Eitan Weltman, attorney for Defendant, to review affirmative defense analysis. | 0.50 | 120.00 |

Arnstein & Lehr, LLC
Invoice No.:22305                                                                    3236.055
October 23, 2008                                                                  Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/5/2008 JMM | Analysis of Defendant's updated ordinary course defense analysis. |  | 1.30 | 312.00 |
| JMM | Telephone conference with Eitan Weltman, attorney for Defendant, regarding updated ordinary course defense analysis. |  | 0.40 | 96.00 |
| JMM | Telephone conference with Eitan Weltman, attorney for Defendant, to negotiate settlement. |  | 0.30 | 72.00 |
| 2/6/2008 JMM | Telephone conference with Eitan Weltman, attorney for Defendant, to negotiate settlement. |  | 0.40 | 96.00 |
| JMM | Telephone conference with Eitan Weltman, attorney for Defendant, to negotiate settlement. |  | 0.40 | 96.00 |
| 2/7/2008 JMM | Prepare motion to reschedule hearing. |  | 0.70 | 168.00 |
| JMM | Prepare proposed settlement agreement. |  | 0.60 | 144.00 |
| JMM | Telephone conference with Eitan Weltman, attorney for Defendant, regarding procedure for continuation of trial date and reschedule as hearing. |  | 0.30 | 72.00 |
| JMM | Telephone conference with Eitan Weltman, attorney for Defendant, regarding settlement and motion to schedule hearing. |  | 0.30 | 72.00 |
| 2/8/2008 JMM | Electronic filing of joint motion to strike trial date and reschedule hearing. |  | 0.40 | 96.00 |
| 2/28/2008 JMM | Prepare motion for approval of settlement. |  | 1.20 | 288.00 |
| 4/8/2008 JMM | Prepare motion to approve settlement. |  | 1.20 | 288.00 |
| 5/5/2008 JMM | Electronic filing of motion to approve settlement. |  | 0.40 | 96.00 |

Current Services Rendered Subtotal                                        40.70    $9,589.50

Arnstein & Lehr, LLC
Invoice No.:22305                                                              3236.055
October 23, 2008                                                               Page    5

DISBURSEMENTS

|  |  | Amount |
|---|---|---|
| 11/18/2006 | Photocopying charges - 232 pages @ $.10. | 23.20 |
| 11/27/2006 | Photocopying charges - 235 pages @ $.10. | 23.50 |
| 5/5/2008 | Photocopying charges - 643 pages @ $.10. | 64.30 |

Total Disbursements for this Matter                                            $111.00

Total Amount of this Invoice                                                   $9,700.50

BALANCE DUE                                                                    $9,700.50

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amy J. Schlegel | 0.40 | 135.00 | $54.00 |
| Jim M. McArdle | 39.00 | 240.00 | $9,360.00 |
| Kim D. Fearing | 0.50 | 135.00 | $67.50 |
| Pamela Costello | 0.80 | 135.00 | $108.00 |