IN THE UNITED STATES BANKRUPTY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| SUBURBAN DODGE OF BERWYN, INC., | ) Case No. 04-42931 |
| D/B/A SUBURBAN DODGE-ISUZU- | ) |
| SUZUKI, AN ILLINOIS CORPORATION, | ) Hon. Eugene R. Wedoff |
| | ) |
| Debtor. | ) |
| | ) |

## FINAL DECREE CLOSING CASE

This matter coming to be heard upon the oral motion of Suburban Dodge of Berwyn, Inc., debtor and former debtor in possession, at the status hearing on June 17, 2009, pursuant to 11 U.S.C. §350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure; the Court being duly advised in the premises; and the Court finding and concluding that this case has been fully administered and that good cause exists for the entry of this order;

IT IS HEREBY ORDERED that this case is closed.

DATED: June 30, 2009

ENTER:

_____
United States Bankruptcy Judge

David A. Golin (06180517)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100
8532646.1